1  MICHAELSON, SUSI & MICHAELSON                    (SPACE BELOW FOR FILING STAMP ONLY)
       A Professional Corporation
2         ATTORNEYS AT LAW
     SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3      SANTA BARBARA, CALIFORNIA 93101-3191
           Telephone:  (805) 965-1011
4          Facsimile:   (805) 965-7351

       Peter Susi, Bar No. 62957
5

6  Attorneys for Ninn Worx SR, Inc.

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11  In re                            )    BK No. ND 09-12110-RR
                                      )
12  FRANCES MICHAEL FITZGERALD,       )    Chapter 7
                                      )
13                                    )    ADV. NO. 09-01232-RR
                                      )
           Debtor.                    )
14  _____ )
                                      )
15  NINN WORX SR, INC., a             )    STATUS REPORT
    Delaware Corporation,             )
16                                    )
           Plaintiff,                 )
17                                    )
    vs.                               )    Date:    October 5, 2010
18                                    )    Time:    11:00 a.m.
    FRANCES MICHAEL FITZGERALD        )    Place:   1415 State Street
19  f/k/a MICHAEL NINN,               )             Courtroom 201
                                      )             Santa Barbara, CA
20                                    )
           Defendant.                 )
21                                    )
                                      )
22  _____ )

23       PLEASE BE ADVISED that Ninn Worx SR, Inc., Debtor Frances

24  Michael Fitzgerald, and the Chapter 7 Trustee, Jerry Namba,

25  have reached a comprehensive settlement of all issues in this

26  case as reflected in a written settlement agreement currently

27  being circulated for signature.  The settlement will conclude

28

-1-

1 | this adversary matter, and a joint request for dismissal will

2 | be filed.

3 |        DATED:   September 28, 2010.

4 |                                    MICHAELSON, SUSI & MICHAELSON
                                       A Professional Corporation
5 |

6 |                                    By
7 |                                       PETER SUSI, Attorneys for
                                       Ninn Worx SR, Inc.
8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

| In re:<br>FRANCES MICHAEL FITZGERALD<br><br>Debtor(s). | CHAPTER  7 |
|---|---|
| | CASE NUMBER   9:09-BK-12110-RR |
| | Adv. No. 9:09-ap-01232-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document described _____STATUS REPORT_____will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ____September 28, 2010____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ____September 28, 2010____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____September 28, 2010____,
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Delivery
The Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA  93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2010 | Cheryl Niccoli | *Cheryl Niccoli* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

<u>SERVICE LIST</u>
Ninn Worx Sr., Inc. v. Frances Michael Fitzgerald fka Michael Ninn
Adversary Case No.  9:09-ap-01232-RR

<u>SERVED ELECTRONICALLY</u>

| | |
|---|---|
| Enid M. Colson | ecolson@linerlaw.com |
| Jerry Namba | jnambaepiq@earthlink.net, jnamba@ecf.epiqsystems.com |
| Peter Susi | cheryl@msmlaw.com, peter@msmlaw.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

<u>SERVED BY U.S. MAIL</u>

Frances Michael Fitzgerald
1335 American Way
Nipomo, CA 93444

William C. Beall
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Timothy C. Riley
Law Office of Timothy C. Riley
524 Dobbins Drive
San Gabriel, CA 91775